# EXHIBIT A

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | Case No. 19-11466 (MFW) |
| Debtors. | (Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, ST. CHRISTOPHER'S HEALTHCARE, LLC, TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C., and TPS V OF PA, L.L.C., | Adv. Pro. No. 21-50796 (MFW) |
| Plaintiffs, | |
| v. | |
| MCKESSON PLASMA & BIOLOGICS LLC and MCKESSON MEDICAL-SURGICAL, INC., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT TO AVOID AND RECOVER PREFERENTIAL AND FRAUDULENT TRANSFERS AND OBJECT TO CLAIMS**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Upon the motion (the "Motion"),[2] dated February 7, 2022, of McKesson Plasma & Biologics LLC and McKesson Medical-Surgical, Inc. (collectively, "Defendants"), as defendants in the above-captioned adversary proceeding, pursuant to sections 502(d), 547, 548, and 550 of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rules of Civil Procedure ("FRCP") 8 and 12(b)(6), made applicable herein by the Federal Rules of Bankruptcy Procedure ("FRBP") 7008 and 7012 for entry of an order (the "Order") dismissing the Complaint For Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 547, 548, 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502(d) (the "Complaint"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157, 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other further notice need be provided; and the Court having reviewed the Motion; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted.

2. The Complaint is dismissed with prejudice.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

---

[2] Capitalized terms used herein but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.