**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br>Jointly Administered |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, St. Christopher's Healthcare, LLC, TPS III of PA, L.L.C., TPS IV of PA, L.L.C., and TPS V of PA, L.L.C.,<br><br>                Plaintiffs,<br><br>    v.<br><br>McKesson Plasma & Biologics LLC and McKesson Medical-Surgical, Inc.,<br><br>                Defendants. | Adversary Proceeding No. 21-50796 (MFW) |

**CERTIFICATE OF SERVICE**

    I, Jason C. Powell, hereby certify that on February 7, 2022, I caused to be served copies of the DEFENDANTS MCKESSON PLASMA & BIOLOGICS LLC'S AND MCKESSON MEDICAL-SURGICAL, INC.'S MOTION TO DISMISS COMPLAINT to all parties on the attached service list by the indicated method of service.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 7, 2022

                                        THE POWELL FIRM, LLC
                                        Wilmington, Delaware

                                        By:    */s/ Jason C. Powell*

                                        Jason C. Powell (No. 3768)
                                        1201 No. Orange Street
                                        Wilmington, Delaware 19801
                                        Telephone: 302.650.1572
                                        Fax: 302.650.1574
                                         Email: jpowell@delawarefirm.com

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ian Connor Bifferato    cbifferato@tbf.legal, mstewart@tbf.legal;amugavero@tbf.legal
- John D. Demmy    john.demmy@saul.com, robyn.warren@saul.com
- Monique Bair DiSabatino    monique.disabatino@saul.com, robyn.warren@saul.com
- Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com