**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Ch. 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Case No. 19-11466 (MFW) |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a | ) | Adv. Proc. No. 21-50796 |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | (MFW) |
| ST. CHRISTOPHER'S HEALTHCARE, LLC | ) | |
| TPS III OF PA, LLC, TPS IV OF PA, | ) | |
| and TPS V OF PA, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MCKESSON PLASMA & BIOLOGICS LLC | ) | |
| & MCKESSON MEDICAL-SURGICAL, INC., | ) | |
| | ) | |
| Defendants. | ) | Re: D.I. 1, 18, 21 & 25 |

**O R D E R**

**AND NOW**, this **13th** day of **JUNE, 2022,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss the Debtors' Complaint is hereby **GRANTED IN PART AND DENIED IN PART;** and it is further

**ORDERED** that Motion to Dismiss is **GRANTED** as to Count II; and it is further

**ORDERED** that Motion to Dismiss is DENIED as to Counts I, III, and IV.

                                        BY THE COURT:

                                        _____
                                        Mary F. Walrath
                                        United States Bankruptcy Judge