# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, ST. CHRISTOPHER'S HEALTHCARE, LLC, TPS III OF PA, LLC, TPS IV OF PA, and TPS V OF PA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON PLASMA & BIOLOGICS LLC and MCKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendant. | Adv. Proc. No. 21-50796 (MFW)<br><br>**Re: Docket No. 28, 29, 30, 31 and 33** |

## PRE-TRIAL SCHEDULING ORDER

The above-captioned plaintiffs in this adversary proceeding (the "**Plaintiffs**") and McKesson Plasma & Biologics LLC and McKesson Medical-Surgical, Inc., ("**Defendants**" and together with Plaintiffs, collectively, the "**Parties**"), having met and conferred pursuant to the Court's Order Approving Defendants Global Procedures Order and Discovery Response Deadlines (DI 29), the Parties having reached an agreement on scheduling of the above-captioned adversary

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

40185161.1

proceeding in light of the Court's Memorandum Opinion Granting Defendants' Motion to Dismiss Count II of the Complaint (DI 30),

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Plaintiffs shall have through and including July 1, 2022, to file an Amended Complaint.

2. The Defendants shall have twenty-one (21) days after the filing of the Amended Complaint to answer or otherwise plead.

3. The requirements of Federal Rule of Civil Procedure 26(f), made applicable in adversary proceedings pursuant to Bankruptcy Rule 7026, are hereby waived.

4. The Plaintiffs have filed their initial disclosures required by Fed. R. Civ. P. 26(a)(1) (DI 20).

5. The Defendants shall have no later than July 1, 2022 to file their initial disclosures required by Fed. R. Civ. P. 26(a)(1).

6. All fact discovery shall be initiated consistent with applicable rules of procedure so that fact discovery including depositions of fact witnesses are completed by December 15, 2022.

7. The Parties shall provide expert reports for any issue on which they bear the burden of proof by February 28, 2023. The Defendants shall provide any expert report in respect of the issue of insolvency by February 28, 2023. Any expert report by any of the Parties intended to rebut any other expert report shall be provided by March 31, 2023. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B).

8. All expert discovery shall be completed by, and discovery shall close on, April 30, 2023.

9. All dispositive motions shall be filed and served by May 31, 2023, and shall be subject to Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

10. Following submission of dispositive motions, or the lapse of the deadline set forth in Paragraph 9 above with no dispositive motions having been filed, the Parties may contact the Court to schedule a status conference to discuss, among other things, the scheduling of a pre-trial conference and trial.

11. The Parties may modify the deadlines set forth herein by (i) mutual agreement (other than with respect to hearing dates, which shall be subject to the Court's availability) or (ii) upon request and further order from the Court, which request may be granted for good cause. The Parties agree to act in good faith in discussing any extension to any deadline.

12. The Parties agree that service by e-mail on all other Parties of discovery requests and written responses is sufficient.

13. This terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

14. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: June 22nd, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE