**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, ST. CHRISTOPHER'S HEALTHCARE, LLC, TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C., and TPS V OF PA, L.L.C.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MCKESSON PLASMA & BIOLOGICS LLC and MCKESSON MEDICAL-SURGICAL, INC.,<br><br>　　　Defendants. | <br><br><br><br><br><br><br><br>Adv. Proc. No. 21-50796 (MFW)<br><br><br><br><br><br>**Re:  Docket No. 35** |

**CERTIFICATE OF SERVICE**

　　　I, John D. Demmy, hereby certify that on July 1, 2022, a copy of the *Amended Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 547, 548 & 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502(d)* [Docket No. 35] was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and on July 5, 2022, I caused a copy of the document to be served via Electronic Mail on the below parties:

| | |
|---|---|
| Jason C. Powell, Esquire<br>The Powell Firm, LLC<br>1201 N. Orange Street<br>Wilmington, DE 19801<br>jpowell@delawarefirm.com | Brian T. Harvey, Esquire<br>Buchalter, a Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-1730<br>bharvey@buchalter.com |

**SAUL EWING ARNSTEIN & LEHR LLP**

By:　*/s/ John D. Demmy*
　　　John D. Demmy (DE Bar No. 2802)
　　　1201 N. Market Street, Suite 2300
　　　P.O. Box 1266
　　　Wilmington, DE  19899
　　　(302) 421-6800

Dated:  July 6, 2022　　　　　　　　　*Counsel for Plaintiffs*