# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*. <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-11466 (MFW) <br><br> (Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, ST. CHRISTOPHER'S HEALTHCARE, LLC, TPS III OF PA, LLC, TPS IV OF PA, LLC, and TPS V OF PA, LLC, <br><br> Plaintiffs, <br><br> - against - <br><br> MCKESSON PLASMA & BIOLOGICS LLC and MCKESSON MEDICAL-SURGICAL, INC., <br><br> Defendants. | Adversary No. 21-50796 (MFW) <br><br><br> Re: Docket Nos. 18, 21, and 25 |

## NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES

PLEASE TAKE NOTICE, that on February 15, 2022, Defendant's Initial Disclosures Under Federal Rule of Civil Procedure 26(A) were served upon the following:

Robyn Warren, Esquire (Robin.Warren@saul.com)

John Demmy, Esquire (John.Demmy@saul.com)

1

Monique DiSabatino, Esquire (Monique.Disabatino@saul.com)

Michelle Novick, Esquire (Michelle.Novick@saul.com)

| | |
|---|---|
| Dated: July 15, 2022 | **The Powell Firm, LLC**<br>Wilmington, Delaware<br>/s/ *Jason C. Powell*<br>Jason C. Powell (No. 3768)<br>1201 N. Orange Street, Suite 500<br>P.O. Box 289<br>Wilmington, Delaware 19899<br>Telephone: (302) 650-1572<br>Facsimile: (302) 650-1574<br>Email: Jpowell@delawarefirm.com<br><br>—and—<br><br>/s/ *Brian T. Harvey*<br>**Buchalter, PC**<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-1730<br>Telephone: (213)891-0700<br>Facsimile: (213)896-0400<br>Email: bharvery@buchalter.com<br><br>*Counsel for Defendants McKesson Plasma & Biologics LLC and McKesson Medical-Surgical, Inc.* |