# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, ST. CHRISTOPHER'S HEALTHCARE, LLC, TPS III OF PA, LLC, TPS IV OF PA, and TPS V OF PA, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MCKESSON PLASMA & BIOLOGICS LLC and MCKESSON MEDICAL-SURGICAL, INC.,<br><br>    Defendants. | <br><br><br><br><br><br>Adv. Proc. No. 21-50796 (MFW)<br><br><br><br><br><br>**Re: Docket Nos. 34, 44, and 46** |

## THIRD STIPULATION EXTENDING PRE-TRIAL DATES AND DEADLINES

The above-captioned plaintiffs in this adversary proceeding (the "**Plaintiffs**") and McKesson Plasma & Biologics LLC and McKesson Medical-Surgical, Inc. ("**Defendants**" and together with Plaintiffs, collectively, the "**Parties**"), hereby enter into this "Third Stipulation Modifying Scheduling Order" (the "**Third Stipulation**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

## RECITALS

A. On June 22, 2022, the Court entered the "Pre-Trial Scheduling Order" (the "**Scheduling Order**," Docket No. 34), which, among other things, extended certain deadlines set forth in the Court's "*Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code*" (Docket No. 9) (the "**Adversary Procedures Order**").

B. On December 15, 2022, the Parties entered into a stipulation modifying the Adversary Procedures Order (the "**First Stipulation**," Docket No. 44).

C. On February 28, 2023, the Parties entered into a second stipulation modifying the Adversary Procedures Order and extending the discovery cutoff date to July 13, 2023 (the "**Second Stipulation**," Docket No. 46).

D. On June 20, 2023, the Parties engaged in a second mediation. Settlement negotiations are ongoing and discovery has been limited to minimize legal costs while negotiations progress.

E. The Parties are hopeful that a settlement will be reached and have agreed to extend the deadlines in the Scheduling Order by approximately 60 days to provide additional time to reach a possible compromise and continue discovery if an agreement is not reached.

F. Defendants contend that more than 60 days will be required to complete discovery, including additional written discovery and numerous depositions. At this time, Plaintiffs only agree to an additional extension of 60 days. If the matter is not resolved through a settlement, the Parties will attempt to reach an agreement on the timing of additional discovery and any necessary modifications of associated deadlines, but may seek relief from the Court if no such agreement can be reached.

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

1. All fact discovery shall be initiated consistent with applicable rules of procedure so that fact discovery including depositions of fact witnesses are completed by September 15, 2023.

2. The Parties shall provide expert reports for any issue on which they bear the burden of proof by November 14, 2023. The Defendants shall provide any expert report in respect of the issue of insolvency by November 14, 2023. Any expert report by any of the Parties intended to rebut any other expert report shall be provided by December 18, 2023. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B).

3. All expert discovery shall be completed by, and discovery shall close on, January 31, 2024.

4. All dispositive motions shall be filed and served by February 29, 2024, and shall be subject to Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

5. Following submission of dispositive motions, or the lapse of the deadline set forth in Paragraph 4 above with no dispositive motions having been filed, the Parties may contact the Court to schedule a status conference to discuss, among other things, the scheduling of a pre-trial conference and trial.

6. The Parties may modify the deadlines set forth herein by (i) mutual agreement (other than with respect to hearing dates, which shall be subject to the Court's availability) or (ii) upon request and further order from the Court, which request may be granted for good cause. The Parties agree to act in good faith in discussing any extension to any deadline.

7. The Parties agree that service by e-mail on all other Parties of discovery requests and written responses is sufficient.

8. This terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

| | |
|---|---|
| **SAUL EWING LLP**<br><br>*/s/ Monique Bair DiSabatino*<br>John D. Demmy (DE Bar No. 2802)<br>Monique Bair DiSabatino (DE Bar No. 6027)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>Telephone: (302) 421-6800<br>john.demmy@saul.com<br>monique.disabatino@saul.com<br><br>-and-<br><br>Jeffrey C. Hampton<br>Adam H. Isenberg<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br><br>*Counsel for Plaintiffs* | **THE POWELL FIRM, LLC**<br><br>*/s/ Jason C. Powell*<br>Jason C. Powell (DE Bar No. 3768)<br>1201 N. Orange Street, Suite 500<br>Wilmington, DE 19801<br>Telephone: (302) 650-1572<br>Jpowell@delawarefirm.com<br><br>-and-<br><br>Brian T. Harvey<br>**BUCHALTER, a Professional Corporation**<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-1730<br>Telephone: (213) 891-5016<br>bharvey@buchalter.com<br><br>*Counsel for Defendants* |

Dated: July 14, 2023